IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-540-GCM

| | |
|---|---|
| MAUDE FOX WALDEN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PFIZER, INC., DAVID J. DEAS AND ) | |
| SUBHASH PATEL, ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion for Extension of Time and Motion for Reconsideration for Motion for Appointment of Counsel [doc. 20].

Plaintiff's Motion is granted in part and denied in part. The Motion for Extension of Time is GRANTED and Plaintiff has until June 22, 2012 to file her response to the Motion to Dismiss.

The Court suggests that Plaintiff try to find pro bono legal services to assist in this matter. As the Court does not have funds available for use in appointing counsel for *pro se* cases, the Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

Signed: May 31, 2012

Graham C. Mullen
United States District Judge