# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maude Fox Walden,

        Plaintiff(s),

vs.

Pfizer, Inc., David M. Deas, MD,
and Subhash Patel, MD,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv540

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2012 Order.

        Signed: August 16, 2012

        Frank G. Johns, Clerk
        United States District Court