# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maude Fox Walden,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                  3:11cv540

Pfizer, Inc., David M. Deas, MD,
and Subhash Patel, MD,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2012 Order.

                                                  Signed: August 16, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court